# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE MCREVY and SAMANTHA MULKEY, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Civil Action No. 08-0508-CG-B |
| STEPHEN BLAKE RYAN, ) ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered herein, it is **ORDERED** and **ADJUDGED** that **JUDGEMENT** is hereby entered in favor of plaintiffs, Stephanie McRevy and Samantha Mulkey, and against defendant, Stephen Blake Ryan, and damages are hereby awarded in the amount of FIVE THOUSAND DOLLARS AND ZERO CENTS ($5,000.00) to plaintiff, Stephanie McRevy, and FIVE THOUSAND DOLLARS AND ZERO CENTS ($5,000.00) to plaintiff Samantha Mulkey.

Costs are to be taxed against the defendant.

**DONE and ORDERED** this the 22nd day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE