# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE MCREVY, <u>et</u> <u>al.</u>, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0508-CG-B |
| | ) |
| STEPHEN BLAKE RYAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the plaintiffs' motion to re-tax costs (Doc. 95). The plaintiffs having provided a breakdown of the depositions to be taxed and counsel having made a written representation that a substantial portion of said depositions were admitted into evidence as required by the court's Standing Order No. 13, the costs of the depositions of Stephanie McRevy, Dr. Craig J. Ledet, D.C., Dr. Michael Dennis Haydel, D.C., Samantha Mulkey, and Dr. Richard Meyer, M.D. in the amount of $2,366.75 is hereby taxed against defendant Stephen Blake Ryan pursuant to Title 28 U.S.C. § 1920(2).[1]

**DONE and ORDERED** this 9th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] This amount is in addition to the $785.00 previously taxed by the clerk.